UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PETER AIELLO,

          Plaintiff,

-vs-                                     Case No. 6:07-cv-1794-Orl-28KRS

DAYTONA BEACH LINCOLN MERCURY, INC.,

          Defendant.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice (Doc. No. 9) filed December 31, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that both parties have filed Notices of No Objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 3, 2008 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Joint Stipulation of Dismissal with Prejudice (Doc. No. 9) is **GRANTED** to the extent that the Court finds that the settlement

payment made to Plaintiff was fair and is **DENIED** to the extent it seeks approval of the settlement agreement as a whole.

3. Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. No. 7) is **DENIED as moot.**

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of January, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party